[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
10/29/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EAA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

New Lawsuit -1-

Fadeel Shuhaiber

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Illinois Department of Corrections

1:18-cv-03289
Judge Edmond E. Chang
Magistrate Judge Jeffrey Cole
PC 6

RECEIVED
MAY -7 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Fadeel Shuhaiber

    B. List all aliases: _____

    C. Prisoner identification number: Y23584

    D. Place of present confinement: NRC

    E. Address: P.O Box 112, Joliet, IL 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Illinois Department of Correction

       Title: Department of Corrections

       Place of Employment: Illinois.

    B. Defendant: _____

       Title: _____

       Place of Employment: _____

    C. Defendant: _____

       Title: _____

       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Shuhaiber V Dart
1:17-CV-5331

B. Approximate date of filing lawsuit: ~~August 2017~~ July 17, 2017

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
Fadeel Shuhaiber

D. List all defendants: Tom DoA, Dir Mueller, Dir. Olsen, Dr. Aceryheart, Sabrina, Srgts John Does, LU John Doe, LU Jane Doe, Doctor John Doe, Nurse Jonea John Does, P.T Jamie, P.T Patricia, Paramedic John Does, off. Doe, Sgt Ryan

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): District Court

F. Name of judge to whom case was assigned:
Judge Edmond E. Chang

G. Basic claim made: Jail officials denied me medical care after an attack by inmates

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: 8 months

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3　　Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

2. A- Shuhaiber v Dart    1:17-CV-5760
   B- Aug 08, 2017
   C- Fadeel Shuhaiber
   D- Tom Dart / LU John Doe / Ortho Jane Does / Sup't John Doe / Sup't Jane Doe / Dir Mueller / Dir Olsen / Dr. Avery Heart / Sr/gt Dunn, Commander John + Jane Doe / Officers John Does / P.T Jamie / P.T Patricia / Cermak hospital / Legal Dep't / Sheriff dep't / ADA Sabrina
   E. District Court
   F. Judge Edmond E Chang
   G. Jail officials were deliberate indefference to my serious medical needs in denying me W.C and pain meds and use of excessive force in taking the wheelchair
   H. Pending
   I. 8 months

3. A- Shuhaiber v Dart    1:17-CV-5762
   B- Aug 07, 2017
   C- Fadeel Shuhaiber
   D- Tom Dart / Cook County Sheriff / Sup't Jane Doe
   E- District Court
   F- Judge Edmond E. Chang
   G- Sup't intendent issued me a disciplinary ticket for complaining about my medical needs not being addressed.
   H- Dismissed with prejudice
   I- 8 months.

4. A- Shuhaiber v State of Illinois
      1:17-CV-8432
   B- Nov 11, 2017
   C- Fadeel Shuhaiber

D - State of Illinois / NRC / Randy Pfister / Assistant Wardens John & Jane Doe / Srgt Blanton / off. Diaz / Srgt Jane Doe / off. Storm / LU John Doe / Srgt John Doe / Srgt Simmons / LU Jane Doe 1 / LU Jane Doe / Srgt John Doe 1 / Nurse Holloway / LU John Doe 1 / off. Williams / LU Baldwin.

E - District Court / Court of Appeals

F - Judge Edmond E. Chang

G - NRC officials failed to honor a permit issued by psychiatrist allowing me to reside alone in a cell

H - Appealed

I - 2 months

5 - Shuhaiber v IDOC  1:17-cv-9320
   B - Dec 28, 2017
   C - Fadee ( Shuhaiber
   D - IDOC
   E - District Court
   F - Judge Edmond E. Chang
   G - Prison officials refused to transfer me to different facility
   H - Dismissed with prejudice
   I - 1 week

6 - A - Shuhaiber v Tom Dart  1:18-cv-01301
   B - Feb 21, 2018
   C - Fadee ( Shuhaiber
   D - I don't remember, I don't have copy of complaint
   E - District Court
   F - Judge Edmond E. Chang

G. I don't remember
H. ~~Pending~~ dismissed without prejudice
I. 2 months

7. A. Shuhaiber v Tom Dart    1:18-CV-01303
   B. Feb 21, 2018
   C. Fadeel Shuhaiber
   D. I don't remember, I don't have copy of complaint
   E. District court
   F. Judge Edmond E. Chang
   G. ~~I don't remember~~ I was denied Access to P.T at cook County Jail
   H. ~~Pending~~ Administratively closed
   I. 2 months

8. A. Shuhaiber v IDOC    1:18-CV-01305
   B. Feb 21, 2018
   C. Fadeel Shuhaiber
   D. IDOC - Chaplain Adamson, chaplains office, Randy Pfister, Assistant wardens John & Jane Does, Major Malhowski, Sup't Hunter, Dr. Sood, counselor Williams, counselor graves
   E. District court
   F. Judge Edmond E. Chang
   G. Religious violations
   H. Pending
   I. 2 months

9. A. Shuhaiber v Tom Dart    1:18-CV-01306
   B. Feb 21, 2018

C - Fadeel Shuhaiber
D - I Don't Remember, I don't have copy of complaint
E - District Court
F - Judge Edmond E. Chang
G - ~~I don't remember~~ I didn't receive proper treatment for my diabetes
H - ~~Pending~~ Dismissed without prejudice while detained at Cook County Jail
I - 2 months

10. A - Shuhaiber v Tom Dart    1:18-CV-01370
    B - Feb 23, 2018
    C - Fadeel Shuhaiber
    D - I don't remember, I don't have copy of complaint
    E - District Court
    F - Judge Edmond E. Chang
    G - I don't remember
    H - Pending
    I - 2 months

11. A - Shuhaiber v Cook County Jail    1:18-CV-01371
    B - Feb 23, 2018
    C - Fadeel Shuhaiber
    D - I don't remember, I don't have copy of complaint
    E - District Court
    F - Judge Edmond E. Chang
    G - I don't remember
    H - Pending
    I - 2 months

12. Shuhaiber v State of Illinois
    1:18-CV-01987
B. Mar 19, 2018
C. Fadeel Shuhaiber
D. State of Illinois / Detective Swearingen / Orland Park Police Dep't / Assistant States Attorney John Does / States Attorney Anita Alvarez
E. District Court
F. Judge Andrea R. Wood
G. Police committed constitutional violations in my criminal case and was not noticed by the Government officials
E. Pending
F. Less than a month



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am an inmate at Stateville Correctional Center and I am an inmate with disability and use a wheelchair for mobility. I am housed in ADA accessible cell but the cell features doesn't comply with the Americans with disability act laws, section 504 of the rehabilitation act, these laws prohibit the state from discrimination against people with disabilities. All aspects of law enforcement and correctional services are covered by these laws including facilities, employment, transportation and other activities, programs and services. The cell that I reside in is a very small cell that doesn't have the legal measurements, where I enter from the door, directly to my right is a table that is not ADA accessible because it got a bench that prevent me from going under the table or even close, so I have to force my self to stretch my left arm because my right arm is disabled and got no range of motion and grabbing trays or anything passed through the chuckhole. Then you got the bed to the right that goes from the table all the way to the front wall on top of it another steel bunk that prevents the easy access from and to the lower bunk where my head hit the steel and some times I have to lower my head or hit my shoulder trying to get to bed and if there was another inmate in the cell he have to step on my bunk and me trying to get up or down from the top bunk and these inmates usually have no medical problems to be housed in a medical cell.

4                                                                                       Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

On the front wall you got the sink that goes from the bed side to the toilet end which makes it hard for the wheel chair to go to the end of the bed to transfer from the wheelchair to the side of the head instead of transfering in the middle of the bed or farther and prevent the inmate from sliding up and down to sleep position and the sink position makes you arm hit with it, your elbow and got no enough distance from the wall the sink to stretch without hitting the wall and the sink, and when the sink is that close, it makes water been hit by the disabled person when somebody else using it then you got the toilet very close to the bed and now the wheelchair be stuck between the bed and toilet and you have to reverse all the way to the door to exit because its impossible for the wheelchair to turn and when you enter the cell its hard to turn the wheelchair to exit it from the left side to bed and makes you forced to either enter reversed. It is hard for me to use the table for eating or writing and makes me do these jobs in my bed and when two inmates present in the cell its hard for both to be moving at the same time, one have to be in bed for this reason. Moreover the showers are not handicap accessible, they got no fixed chair for safe transfer and the shower button and the water are so high for me to have easy access to the button and the water, plus the showers are too small in case I decide to go with my wheelchair inside the shower. Third the transportation problem, I go every week from NRC to Stateville once for physical therapy and once for a visit, I was taken to visits not more than 5 times with ADA van and to physical therapy they were transporting me in regular van by carrying me from the wheel chair to the van till February 2018 they started making the van available because now we are three handicaps that go to P.T so so far the total Nbr of times being transported without ADA van to visits is 29 and P.T is 30 times so total 59 times. This is the type of discrimination IDOC putting the inmates with disabilities threw when we are supposed to be protected against these actions from the federal laws and I request to recover from these actions by IDOC.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$2 million for Pain and suffering, cruel and unusual punishment, for the violation of the federal Laws section 504 of the Americans with disabilities Laws and for all the hard times, missed appointments, and for the time I spent in receiving because of the unavailability of enough ADA cells in IDOC facilities

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 05 day of 02, 20 18

_____
(Signature of plaintiff or plaintiffs)

Fadeel Shuhaiber
(Print name)

Y23584
(I.D. Number)

NRC/Stateville
P.O. Box 112
Joliet, IL 60434
(Address)

Fadeel Shuhaiber
Y23584 / F103
NRC / Stateville
P.O Box 112
Joliet, IL 60434



IDOC INMATE LEGAL MAIL

U.S. POSTAGE >> PITNEY BOWES
ZIP 60403
02 1W $ 007.25
0001394077 MAY 03 2018



05/07/2018-9

1:18-cv-03289
Judge Edmond E. Chang
Magistrate Judge Jeffrey Cole
PC 6

RECEIVED
2018 MAY -7 AM 8:54

Legal Mail

Clerk of
United States District
Court
219 South Dearborn Street
Chicago, IL 60604

